Ronnie MULLINS, Plaintiff—Appellant,

v.

UNITED STATES of America; Richard Ramirez; E. Mace; Mark Dib; Salvatore Lanase; Karen Lambright; Janet Bunts, Defendants—Appellees.

No. 07–7361.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 17, 2008.

Decided: Jan. 25, 2008.

Ronnie Mullins, Appellant Pro Se. Daniel W. Dickinson, Jr., Office of the United States Attorney, Wheeling, West Virginia; William Eugene Galeota, Steptoe & Johnson, Morgantown, West Virginia, for Appellees.

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie Mullins appeals the district court's order adopting the report of the magistrate judge and denying relief on Mullins' complaint asserting deliberate indifference to medical needs and medical negligence pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of*

*Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), and the Federal Tort Claims Act, 28 U.S.C. §§ 2671–2680 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mullins v. United States,* No. 1:06–cv–00105, 2007 WL 2471117 (N.D.W.Va. Aug. 30, 2007). We deny Mullins' motion for leave to proceed on appeal in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*